# UNITED STATES of America, Plaintiff-Appellee

## v.

## Humberto CHACON-IBARRA, Defendant-Appellant

### No. 16-51047

United States Court of Appeals, Fifth Circuit.

Filed March 6, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Bradford W. Bogan, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant-Appellant

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

This Defendant has been twice deported and had not always observed the law while in this country. He has been sentenced to 30 months in prison, but his guidelines range was erroneously enhanced and his sentence has been suspended.

The error was the enhancement of offense points for a crime where sentence was fully suspended. It was a plain error. *United States v. Rodriguez-Parra*, 581 F.3d 227 (5th Cir. 2009). The elements of plain error have been satisfied, and we vacate for resentencing.

VACATED and REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.